IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RAYMOND WILSON,

    Petitioner,

vs.                                                           4:07-CV-144-SPM/AK

ALBERTO GONZALEZ, *et al.*,

    Respondent.

_____/

ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND TRANSFERRING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 3) dated April 6, 2007.  The parties have been furnished a copy and have been afforded an opportunity to file objections.   No objections have been filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's report and recommendation (doc. 3) is adopted and incorporated by reference in this order.

2. This case is hereby *transferred* to the United States District Court for the Southern District of Alabama, Northern Division.

3. The clerk is directed to immediately take all steps necessary to effectuate the transfer.

4. The motion for bond (doc. 4) will be heard by the transferee court.

**DONE AND ORDERED** this <u>eleventh</u> day of May, 2007.

                      *s/ Stephan P. Mickle*
                      Stephan P. Mickle
                      United States District Judge